Oswaldo JARAMILLO, Petitioner,

v.

IMMIGRATION AND NATURALIZATION SERVICE and The Executive Office for Immigration Review, Respondents.

No. 92–4332.

United States Court of Appeals, Eleventh Circuit.

April 15, 1993.

Ira J. Kurzban, Helena Tetzeli, Kurzban Kurzban & Weinger, P.A., Miami, FL, for petitioner.

Donald A. Couvillon, Richard M. Evans, Donald E. Keener, Robert Kendall, Jr., Oil, Civ. Div., DOJ, Washington, DC, for respondents.

Before TJOFLAT, Chief Judge, FAY, KRAVITCH, HATCHETT, ANDERSON, EDMONDSON, COX, BIRCH, DUBINA, BLACK and CARNES, Circuit Judges.

BY THE COURT:

A member of this court in active service having requested a poll on petitioner's Suggestion of Hearing En Banc, and a majority of the judges of this court in active service having voted in favor thereof,

IT IS ORDERED that the above cause shall be heard by this court sitting en banc.